Case 1:99-cr-10020-FAL-JDK Document 234 Filed 12/12/11 Page 1 of 1 PageID #: 749

AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

## For the

## Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ricky Wayne Pugh | ) | |
| | ) | Case No: 99-10020-04 |
| Date of Original Judgment: February 25, 2000 | ) | USM No: 10338-035 |
| Date of Previous Amended Judgment: _____ | ) | Rebecca Hudsmith |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 12/12/11
BY _____

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582( c )(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __264__ months **is reduced to** __240 Months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment __February 25, 2000__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __12/10/11__

Effective Date: __12/22/11__
*(If different from order date)*

Judge's signature

__Honorable Dee D. Drell, U. S. District Judge__
Printed Name and Title