RECEIVED
MAY 22 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 99-10020-04 |
|---|---|
| -vs- | JUDGE DRELL |
| RICKY WAYNE PUGH (04) | MAGISTRATE JUDGE PEREZ-MONTES |

## O R D E R

On or before June 15, 2017, the Government should respond in the record as to whether it does not does not oppose the requested early termination of supervised release.

SIGNED on this 19th day of May, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT