U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 25 2019

TONY R. MOORE, CLERK
BY: _____
         DEPUTY

United States District Court
for the
Western District of Louisiana

Request for Modifying the Conditions of Supervision

| | | |
|---|---|---|
| Offender: | Ricky Pugh | Docket No.0536 1:99CR10020 |
| Sentencing Judge: | The Honorable F. A. Little | |
| Assigned Judge: | The Honorable Dee D. Drell | Date of Report: 4/24/2019 |
| Date of Original Sentence: | February 25, 2000 | |
| Original Offense: | conspiracy to distribute narcotics 21:846 | |
| Original Sentence: | 264 M Bureau of Prisons; 120 M Supervised Release | |
| Type of Supervision: | S | Date Supervision Commenced: 01/07/2016 |

## PETITIONING THE COURT

To modify the conditions of supervision, as follows:

The defendant must submit his/her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. The Probation Officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

## CAUSE

The defendant is currently being supervised by the Middle District of Louisiana, who have in effect a search policy and require all individuals under supervision be subject to search, where reasonable cause exists. The defendant has agreed to this modification.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

_____
Kristin Vidrine
U. S. Probation Officer Specialist

**THE COURT ORDERS:**

☐ No Action
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer
The Honorable Dee D. Drell

4/25/19
_____
Date